UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

Plaintiff,

Case No. 24-12320
Hon. Terrence G. Berg

v

GRAND LODGING, INC., a
Michigan corporation for profit,

Defendant.

---

LAW OFFICES OF OWEN, DUNN, JR.
Owen B. Dunn, Jr. (P66315)
Attorneys for Plaintiff
6800 W. Central Ave., Ste. C-1
Toledo, OH 43617
(419) 241-9661
obdjr@owendunnlaw.com

STARR, BUTLER & STONER, PLLC
Ryan J. Koss (P79893)
Ahmad S. Mazloum (P85422)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 554-2700
rkoss@starrbutler.com
amazloum@starrbutler.com

---

**STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be dismissed with prejudice and without costs, interest, and attorney fees to any party.

IT IS SO ORDERED.

s/Terrence G. Berg
U.S. DISTRICT COURT JUDGE

DATED: June 2, 2025

Approved as to Form and Substance:

/s/ Owen B. Dunn Jr.
Owen B. Dunn Jr. (P66315)
Attorneys for Plaintiff

/s/ Ryan J. Koss
Ryan J. Koss (P79893)
Attorneys for Defendant